U.S. District Court for RI District Page 2

Civil Complaints

Title suggested (1) Association Jury Trial Demanded

(2) Committee to elect Dr Kamal as US Republican U.S. President 2008

one exchange Terrace

Civil Case No RI 0293

Kamal Karna Roy
P.O. Box 1173
Saranac Lake, NY 12983

et al Plaintiff

Compensatory & Punitive Damages demanded US$

(1)

(0) People's Association of human animal conceived God/s & Religions Not

Defendant #1 Non Hostile Defendant

See Docket Sheet #2 page-8

Original Complaint

(1A) John McCain US Senator Republican

(2) BARACK H Obama do Democrat

(3) Hillary R clinton do do

(4) USA Govt, Washington DC

(5) U.S. A Constitution a Govt secured Testament of Nation, USA c/o We the people of USA

(6) National Republican Party Washington DC

(7) National Democratic Party of USA Washington DC

(8) All Giant News Conglomerates

(9) All News Media of USA

(10) All states (50 Nos) of USA

(11) All state Board of Elections in USA

(12) All territories of USA / Puerto Rico / Guam et al (5 Nos) Defendants

for violations & 5 Rights corruption of U.S. Constitutional rights to lead USA Democratic Republic / a member of UNO & to compete electoral competition of U.S. President scheduled on Nov 4, 2008 due to negligence and violations of USA Govt other Govt Authorities to enforce Campaign and finance of election in respect of candidates by the abusive Defendants

Affirmation

I Rev Dr Kamal K K Roy a/k/a JGN a US born citizen who was born in Guam and pursuant to birth of parents attached 2 under Act of US of 1978 affirm under penalty of perjury that US citizen

(12A) U.S. Senate Washington DC

(12B) U.S. House of Representative Washington DC

4/8/08

Citizens Bank 5/4 NY

```
IMI3 01/15/08                  DDA STATEMENT INQUIRY             12.13.20 PAGE 2
ASSOCIATION COMMITTEE...TO ELECT THE REV ACCT NO. 880-000-0000-4001039728
DR KAMAL K K ROY AKA J G JR AS THE          DATE THIS STATEMENT      01/15/08
107 A SCIBNER AVE                           DATE LAST STATEMENT      12/31/07
                              *****DDA TRANSACTIONS*****
    BALANCE          CHECKS/OTHER DEBITS   DEPOSITS/OTHER CREDITS      BALANCE
LAST STATEMENT       NO.    TOTAL AMOUNT    NO.     TOTAL AMOUNT    THIS STATEMENT
      185.37          12          210.09      3           392.00           367.28

  DATE   CHECK#        AMOUNT TYPE TRANSACTION DESCRIPTION               BALANCE
  01/14                 10.00      MMC PURCHASE                B12
  01/14                 10.00      MMC PURCHASE                B12          267.28
  01/15                100.00      DEPOSIT                                  367.28

LAST PAGE                 PF2 - PAGE BKWD
```

12983

(12)

Plaintiff #1

USDC / NDO California San Francisco CA

RI

Plaintiff #2

USDC RI

1/22/08

4/8/08

1/21/08

4/8

4/8/2008

(11)

USDC/RI

(13)

Matter of Assn of Committee to elect Kamal Roy etc

That In view of Massive corruptions occurred by negligent Defendant USA and other Govt Authorities as Defendants the U.S. Presidential Electoral Competition

Campaign 2007-08

has turn illegal and non binding, as such U.S. Presidential Election be ordered postponed beyond Nov 4, 2008 and until such time a Court ordered investigation be ordered to find ways to improve chances of all bonafide FEC legal candidates VIZ Rev Dr Kamal K. K Roy an equal opportunity to open free electoral competition of becoming U.S. Presidents

K
4/18/2008

USDC/RI

(17)

That Human animals' Conceived Gods and religions failed to provide as many members of We the people were insensitive to equities for Democracy in USA. As such Democracy in USA is in a Virtual partial 'Coma' as same could not protect rights of citizens of weaker communities Viz Kamal Roy a chance to lead USA as President. Kamal is clean like rain drop of not better 'clean' but Candidates of major parties McCain, Hillary Obama were alleged in corruptions but they were supported by News media. These

K 4/18/08

USDC/RI

(15)

SECOND CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

to?

see attached

That in USA the Judicial
system viz US District Courts
have been turned non caring
to Democratic pain
and harms and Damages
to people of have not Community
viz member of We the people
: The Rev Dr Kamal K Roy
MBA (SUNY Maritime College 1974
SS # 578-88-29399, PhD, D.D
Doctorate in Divinity
LLB. from Foreign
academic schools.
Prayer is made for
Equitable Disposition of this action

KR
4/8/08

USDC/RI

Kamal K K Roy

USDC/RI

**Posted By: CANDIDATE_REPUBLICAN (~~February 10, 2008~~ at 8:06 AM)**

washingtonpost.com > Politics > Elections Your Comments On...

Women Could Give Clinton the Edge In Maine's Caucuses

BANGOR, Maine, Feb. 9 -- It is women like Linda Sinclair who have turned New England into a potentially tough playing field for Sen. Barack Obama (Ill.).

- By Shailagh Murray and Perry Bacon Jr.

USDC/RI

of ~~Rhode Island Providence~~

Comments~~LISANROY wrote:~~

USDC court actions is being filed ~~filed~~ from us district court ~~nd of c~~alifornia , at san francisco ca, usdc new jersey at trenton, usdc new hampshire at concord nh for sky high allegations of corrupt practices in u s president electoral competitions of 2008 in violation of news as produce of nes media and giant size news conglomerates, viz associated press, usa, cnn news usa, reuter news, news corp of usa, gannet new, new york times co, tribunes co usa et el and hillary, obama, mccain et al as candidate defendants. u s american human_animals' conceive god/s of religions who failed wisdom of eletorates ie god/s failed by people. democratic devil in usa as devils as defendants, fec, washington dc, all states and election boards in usa et al, et al failed kamal roy as presidential lawful candidate by all defendants arbitrarily. or as a matter of policies by them to illrgally ignore a candidate in violations of laws to create ineuities to through dr roy into democratic dispair and oblivion . but roy knew that us judiciary is far from perfect but essentialy may not ignore justice if possible , so the reverend dr kamal k k roy aka j g jr guam born clergyand us born pursuant to u s act 1978 for guam born people who lived in usa on date of enactmment in 1978, dr roy lived in new york state et al since 1968., shall fight for rights of have_nots in usa till he exhausted demand of leadership rights to be canddate of equities in th system of democracy in usa dr roy petitiond for acting president be appointed by us congress with approval of u s senate by consent of order if issued as injunction on usa as defendant et al.

(17)

original complaints

complaints facts

tHE U S PRESIDENTIAL ELECTION 2008 : IT IS COMPARABLE TO DOG_FIGHTS OF ELITE IN USA, BILLIONAIRES, SUPER RICH PEOPLE, DEVILS OF DEMOCRACY IN USA, HUMAN_GODS IN USA SIMILAR TO TERMS AS "mobstars",dYNASTY BUILT IN POLICIAN VIZ BILL CLINTON' WIFE HILLARY ABUSED THE FACTUAL STATUS AS BILL'S WIFE, RACE BASED POLITICS VIZ A SEMI WHITE U S AMERICAN CLAIMING AS IF PURE "AFRICAN AMERICAN TO AROUSE COMPASION TO AFRICAN AMERICANS CITIZENRY AD MIXED ANCESTRY IN US, HILLARY IS ABUSING GENDER VIZ SHE IS A WOMAN SEEKING TO BE U S PRESIDENT 2008,M U S NEWS MEDIA AND NEWS CONGLOMERATES HAD BEEN BILLIONS OF U S $ OF CAMPAIGN $ TO EVADE FEC CAMPAIGN FUNDS REGULATIONS BY ABUSING RFREEDOM OF PRESS BUT USING, ABUSING, MANIPULATING u s ANTI TRUST LAWS PROHIBITING INDUSTRIAL PRODUCE TO CURB COMPETITIONS IN USA WITH PRODUCE FOR PROFIT. WHEN YOUNG SMART LOOKING CHELSEA CLINTON OR FORMER PRESIDENT BILL CLINTON'S FACE AND PROFILE APPEAR PUBLISHED IN NEWWEEK MAGAZINE OR IN N Y TIMES OR LEADING NEWS MEDIA OF 100'S OF BILLION $ NEWS INDUSTRY, OR INCIDENT LIKE OBAMA'S LAWYER WIF WITH HIM PROJECT AS IF OBAMAS ARE ARISTOCRATS, AS HARVARD EDUCATED, IN MOST NEWS OUTLETS, PROBABLY NEWS MEDIA WISH TO FORGET THAT B OBAMA POSSIBLY PURE AFRICAN AMERICAN PROTOTYPE OF MILLIONS OF HAVE_NOTS AMONG HAL_BLACK, DARK_BALACKS, MIXED BLACKS'EPRESETATIVE IN usa AS "OBAMA" DOES ANY BODY KNOW THAT B OBAMA" MAINTAINED BETTET STANDARDARD AND PRIVILEGES THAN MORE THAN 70 % WHITES IN USA. DR ROY IS AN MBA (MS DEGREE FROM SUNY MARITIME COLLEGE , 1974. COLLEGE ID 578 80 4399), AN ORDAINED CLEGY WITH VOW OF POERTY, irs RULE, PH. D, IN AMANAGEMENT, D. D (DOCTORATE IN DIVINITY, LL. B (LAWS FROM ACCREDITED FOREIGN SCHOOL, HE WAS AN ORPHAN IN

Rev Dr Kamal K K Roy Plaintiff pro se



The Rev Dr Kamal K K Roy

For Plaintiffs

4-8-2008

& 480+ Defendants

USDC/RI

USDC/RI

Print Edition | Subscribe

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainment Religion Corrections Business Health Post Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth Polls In the Loop DC | MD | VA OpinionsOpinions Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups LocalMetro News Weather Local Explorer Jobs Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituaries Local Business Yellow Pages SportsRedskins D.C. United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NBA Arts & LivingStyle Movies Travel Fashion & Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining Museums Theater & Dance Crosswords City GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus JobsSearch JobsCarsBuy a Car Sell a Car Experts & Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental Rent Your Place ShoppingShop New Deals & Discounts Shopper Blog Shop Used Sell Your Stuff Pets

USDC/RI

SEARCH: washingtonpost.com Web | Search Archives

washingtonpost.com /> ColumnsYour Comments On...

The Democrats' To-Do Lists

Hillary Clinton and Barack Obama face opposite challenges in pursuing the Democratic nomination.

- By Ruth Marcus

~~CommentsLISANROY wrote:~~

The

Barack hussein Obama, an accidetal president designed by u s media; hillary rhodham cinton a bag lady of pre clinton & pro clinton era symbol of corruption, and woman of tear_politicking to attract woen in usa to vote for her, both obama and hillary were accused of civil rights violations to incite black generation of u s elctorate against chances to win and daage republican mr clean as u s president for rev dr kamal said "u may notelect me , pl do not elct hillary or obama as president of U S A. see below :

Thanks to everyone who donated in the Wikimedia Foundation fundraiser! You can still make a contribution, or buy Wikimedia merchandise.

Complaint

18

Kamal Karna Roy

From Wikipedia, the free encyclopedia

3/14/08

Jump to: navigation, search

USDC/RI

Kamal Karna Roy

Born GUAM, A u S TERRITORY IN PACIFIC

4/8/08

Residence United States

Nationality U S CITIZEN BY BIRTH, PURSUANT TO u s ACT OF 1978, FOR PEOPLE WHO



4/8/08

WERE BORM IN GUAM AND in MARIANA ISLANDS in Pacific Ocean regions ,AND who were LIVING IN usa ON DAY OF ENACTMENT OF THE SAId ACT OF 1978.

Other names the Rev Dr Joseph Geronimo , Jr.

Kamal K. K. Roy.

KAMAL KARNA K. ROY

Known for as ACTIVIST IN SOCIAL REFORMS IN RESPECTS OF GOD/S, RELIGIONS, PEOPLE, hUMAN_GOD/S ( PEOPLE WITH LEADERSHIP AND APPARENT OR REAL POWERS TO EXERT RIGHTS ON PUBLIC WITH GOOD OR ANY INTENTION OF PUBLIC OR PRIVATE IDEOLOGIES VIZ LATE Iraqi Dictator_President :SADAM HUSSAIN OF IRAQ WHILE HE WAS IN POWER OF UN_NAMED U.S PRESIDENT/S WITH severe CONTROVERSIES IN PUBLIC POLICIES IN MAINLAND usa OR WORLD_WIDE democracies, SAY A ruling GENERAL IN SOME POWER IN SOUTH ASIA.

Education has an M B A DEGREE (m s IN SPECIALISATION IN tRANSPORTATION MANAGEMENT FROM suny MARITIME COLLEGE , the BRONX, NEW YORK CITY, usa ; STUDIED ADVANCED COURSE LEADING TO ADVANCED CERT. IN pUBLIC ADMN. FROM usda gRADUATE SCHOOL, WASHINTON dc ( SCHOOL id :578- 80- 4399 ; he has 2 Doctoral degrees in management science in fields of management Science and another in field/faculty of Religions / god/s/people from foreign school He has a bachelor's degree in law from foreign cchool of laws and management. He further took in education s in University of Rhode Island,both at Providence and Kingston , in usa and other schools viz City university of new York,Baruch college, New york city, usa et al

Employer volunteer ordained clergy with vow of poverty ( U S IRS rule for ordained clergies in USA .group Handicap interests international world religions group. 107 A Scribner avenue, staten Island , New york city, n y 10301, USA

Occupation activist, mobile clergy, electronic preacher of multiple or unique god/s and religions , et al.

Title mobile clergy,Political activist USA and around globe; currently he is a u s presidential hopeful / candidate for 2008 electoral competition from Republican Party in New York ; strategist for common / weaker people, disadvantaged people in democracy in usa et al to claim leadership including the 2008 Presidency electoral competition: the weaker people aresegregated and removed from electoral race by stategic powerful block in democracy in U S republic including the news media and news conglomerates. see court actions pending in the main article of Dr kamal Karna Roy. strategist of god/s , religions, people, et al, activist

Height 5' 8'

Political party Republican ( GOP)of usa

Religious stance world religions/ multiple religions in unique body and soul and a proponent of the strategy.

Spouse a common law wife

Children some, maintained by natural mother concerned

Kamal Karna Roy (a/k/a Kamal K.K. Roy, a/k/a Rev. Dr. Joseph Geronimo, Jr.) is a prolific pro se litigant who, since at least the early 1990s, has filed numerous lawsuits throughout the United States and its territories under the names Roy and Joseph Geronimo, Jr., as well as under the names of entities that he is affiliated with, including International Siva Consciousness & World Religions, Reforms International, Handicap Interests International, and Jungle Democracy.[1] Roy's lawsuits are often brought against multiple defendants, and feature long, unconventional complaints. Roy has filed lawsuits against God, U.S. Presidents, Supreme Court Justices, fast food restaurants, foreign leaders.[2], and Wikipedia [3] [4].

Roy's lawsuits have addressed, among many other things, actions taken by President George W. Bush, overcharging by telecommunication companies, the appointment of Chief Justice John Roberts to the Supreme Court, and "failure of democratic societies and God's role therein."[5] In 2006 Judge Michael W. McConnell of The United States Court of Appeals for the Tenth Circuit described a typical Roy complaint:

Roy, a/k/a Joseph Geronimo, Jr. filed a 115-page complaint, a 144-page amended complaint, and a 40-page second amended complaint against over sixty defendants, including among many others President Bush, God as U.S.-based divine benefactor, several government agencies, The New York Times, and Kentucky Fried Chicken. In addition to pages of rambling discourse, the complaint contains numerous illegible handwritten remarks.[6]

The Tenth Circuit went on to affirm the district court's dismissal of the complaint holding that no discernible claim was apparent from the complaint. Judge McConnell also humorously noted that the court "strongly suspect[ed] at least one defendant was not properly served."[7]

Most, if not all, of Roy's complaints have been dismissed. A 2006 United States District Court for the District of Delaware opinion, Jungle Democracy v. U.S., describes Roy as "no stranger to litigation" and provides a partial list of Roy lawsuits that have been dismissed since 1991.[8]

Despite Roy's lack of success in the courts, his lawsuits have been discussed in law school classrooms and in law related blogs.[9] [10]

In April 2007 Roy filed a civil rights action against, among others, CBS Broadcasting Inc., MSNBC, the United States Government, and controversial radio shock jock Don Imus.[11]

In October, 2007, Roy filed a suit in the US District Court, Middle District of Florida, against "Wikipedia Encyclopedia, USA, All News Media, All State Board of Elections, Federal Election Commission". See Dkt. 3:07-cv-00994-VMC-HTS.

[edit] References

^ Jungle Democracy v. U.S., No. CIV.06-503-SLR, 2006 WL 2616213, at *1 (D. Del. Sept. 12, 2006)

^ Roy v. U.S., No. CIV.06-685-SLR 2007 WL 1109296 at *1 (D. Del. Apr. 11, 2007)

^ http://dockets.justia.com/browse/state-n...

^ http://www.area603.com/index.php?op=View...

^ Id.



USDC/RI 3/4/08 for Plaintiff 4/8/2008 4/8/08

USDC [illegible] Jurisdiction
Cause of action: Inequitable steps of Defendants including News Media in US to harm chances

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Date of Filing Civil Rights Complaints

**DO NOT WRITE ON SAMPLE FORM**

Compensation Demanded is sky high for denial of leadership rights. But minimum US $1.01 Trillions of dollars

YOUR NAME
YOUR ADDRESS
CITY, STATE & ZIP CODE
YOUR TELEPHONE NO. Ph 518-891-5466

The Reverend Dr Kamal K-Karma K Roy SS# 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 (Was born in Guam) 14 Kiwassa Road #56, PO Box 1173 Saranac Lake New York 12983 et al (30 Nos Plaintiffs)

vs. CIVIL ACTION NO. (To be filled in by Clerk)

DEFENDANT(S) NAME(S)
THEIR ADDRESS
CITY, STATE & ZIP CODE

vs 3rd Parties who make US democracy as a Jungle featured rule

(1) Federal Election Commission 999 E Street NW Washington DC

(2) The Associated Press (U.S.A.) & News Media US for all the News Conglomerates in USA Rockefeller Plaza, NY NY 10020 & other

(4) UNO, NYC NY

(4) All State Board of Elections at State Capital to USA

**COMPLAINT**

**DO NOT WRITE ON SAMPLE FORM**

SET FORTH THE FACTS OF YOUR CASE.

Complaint: Kamal KK Roy 14 Kiwassa Rd NY 12983 Saranac

ON THE LAST PAGE OF YOUR COMPLAINT, SPELL OUT THE RELIEF YOU ARE REQUESTING FROM THIS COURT. under penalty of perjury that declared to US Media on May 24 2007 that I as a

IF YOU ARE ASKING FOR A TRIAL BY JURY, YOU MUST STATE THIS IN YOUR COMPLAINT. Republican Party member I intend to be a Candidate and I am hopeful that as a weaker citizen of US

IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR COMPLAINT.

I shall Contest U.S. Presidential Electoral Competition 2008 and I shall under the entire process. I notified 9/6/07 FE Commission — Defendant and all other Defendants by hard copy mails & 9/28/07 E mails many dozen times. But defendants ignored my status as a Candidate of U.S Presidential Election 2008

(5) USA Govt c/o President Office The White House Washington 20500

(6) God in USA Republic

(7) H. Clinton & (8) R. Guiliani (Obama)

ORIGINAL SIGNATURE (IN PEN)
The Rev Dr Kamal K. K Roy

YOUR NAME
YOUR ADDRESS US Citizen by birth
CITY, STATE & ZIP CODE in Guam Mobile Clergy in USDC in District of Columbia
P.O.B 1173 S/L, NY 12983

Rev Dr Kamal KK Roy 4/3/08 12/17/07 12/18/07 11/22/08 11/26/07

USDC RI USDC USDC

In the USDC / NDO California
US District Court
Jury Trial Demand
New Action Judge Hon

Title of Action

(1) Association of committee ... to elect Rev Dr Kamal KK Roy aPHL J G Jr as republican US President 2008 By Dr Kamal K Roy

(2) REFORMS INTL (A small non Profit Association with officer Kamal KK Roy — ignored, demeaned and neglected as a Federal employer for all purposes by NY State Labor Dept see enclosed. Unemployment Insurance Law was denied for the small Lawful Assocn working in NY, USA since 1984 (Victim include Lisa N Roy Rev for her wages related employment benefit for wages from RI et al see Docket sheet #1 etc attached

(3)

480+ NYS Plaintiffs

all 480+ Plaintiffs represented pro se by The Rev. Dr Kamal Karne K Roy aPHL J G Jr an american (US poor, a member of weaker people in US & the US Presidential hopeful / candidate 2008 (FEC regd see attached plaintiff

Ground of Action:
Federal Laws were violated by 250+ defendants including USA Govt NYS US American Gov ... deny Civil rights to Dr K R ...

(4) USA Govt, Washington DC
(5) NY State Govt
(2) Rev R. Lakshmi Lisa
(3) Rev. Alston

vs
(1) PEOPLES ASSOCIATION OF HUMAN ANIMALS CONCEIVED GOD/S ... Defendants follow ...

K
4/8/2008

USDC/RI

In a Democracy The denial of equitable rights to the weak is alike death by suffocation

United States District Court for Vermont district

Burlington VT

JURY TRIAL DEMAND

At -

Punitive and compensatory damages to be determined by Jury at Trial

Civil Case No ____

Judge: Hon ________

Plaintiff #1

Title of Civil Action: Association Committee to elect the #1 Association. The We the people in USA under US Constitution

Demand equitable right and privileges of weaker, poor and disadvantaged people in USA at par with powerful people in USA et al by Kamal KKRoy - Plaintiffs

(1) DYSFUNCTIONAL DEMOCRATIC DEFICITS IN PRIVILEGES TO WEAKER AND POORS AND DISADVANTAGED PEOPLE IN USA AND OTHER DEMOCRATIC REPUBLICS OF NATIONS AND et al

(2) INCIDENTALLY (16 Nos)

The Reverend Dr KAMAL K K ROY aka J G Jr is a declared hopeful and candidate of U.S. Presidential Election 2008 (under US Acts) and Filed requisite lawful papers with FEC Washington DC but due to ignored US Anti-trust Laws Violations and norms of News Industry

and Plaintiffs as U.S. Citizen Individual and his association WITH ASSOCIATE US CITIZENS WERE PAINED, HARMED, DISADVANTAGED AND DAMAGED FOR AT LEAST 3 THREE DECADES FOR ACTIONS (ILLEGAL) and violations of Civil rights OF THE PLAINTIFF: The Rev Dr KAMAL KARNA K Roy a/k/a and was born as Jozett Geronimo Jr in Guam, a U.S. Territory, under Act of US 1978

Defendants (189 Nos) Vs 3rd party Defendants

CIVIL COMPLAINTS - civil rights violations

Civil Complaint sheet #1

Civil complaints original

The Rev Dr Kamal KKRoy is a U.S. Presidential (Republican - 2008) hopeful candidate and primary Vermont et al for 48 Nos of Plaintiffs

Rev Dr Kamal KKRoy born US born in Guam (U.S. Act 1978 for birth in Guam) for self as US poor citizen (47 lesser US citizens)

Rev Dr Kamal J G

original

12/17/07

4/8/08

USDC RI

USDC ND California

12/18/07

USDC

4/8/08

Original

Filed on 3/27/08

Jury Trial Demanded

United States District Court for District of Rhode Island Providence Rhode Island

In the

(1) Complaints of Civil Rights Violations

Civil Case No. RE

USDC/EDNY

Proposed Title: Association of Committee ... to elect Rev Dr Kamal Karna K Roy aka Joseph Geronimo Jr., a Guam (US Territory) born clergy (DOB 3.31.1934) US born citizen pursuant to US Act 1978 for Guam born people living in USA Mainland on day of enactment & provision of law

EIN 13-3566610
Street Address 107 A Scribner Ave NY 10301

Original / Civil rights complaints violation

In respect of rights to Contest leadership position viz U.S. President Scheduled in November 2008 in equitable and non corrupt environment and free circumstance and violations of US Anti Trust Laws (for news) News items to curb Press denial Election by News media etc

Demand of US $ 1.7 (ONE POINT Seven Trillions of US $ as punitive and Compensatory Damages to Rev Dr Kamal K K Roy et al for Damages in efforts of failing to promote a Member of love in a member of people Weaker Weaker Communities in USA and a member of Disadvantage community to be elected as US President 2008. Kamal Roy did receive neglect of himself as a Candidate which is like pre-death pain

See Full name on attached copy of FEC Filing dt 9/27/2007 By Dr KKKRoy

US District Court US Court Home of Providence RI

(2) Dr Kamal Karna Roy #2 Plaintiff et al 215+ Plaintiffs Candidate US President

2014 Kinkasa Rd #56 s/b

415+ Defendants see list

All Plaintiffs NY 12983 Pro se by Dr K.K.K Roy

Vs

USA Govt, Washington DC, state of c/o U.S President White House DC 20500 FEC Washington DC et al

USDC/RI

That Violations being not exactly same in many Jurisdictions of law multiple pro rata damage claims were made.

Rev Dr Kamal K K Roy aka JGJ Jr Plaintiffs 215+ see list

4/8/08

3/31/08

USDC/RI
Civil case No. ____

## PARTIES

1. Plaintiff See attached is a citizen of ______
who presently resides at the following address:
______

2. Defendant ______ is a citizen of ______
who live(s) at or is/are located at the following address:
______

3. Defendant See attached is a citizen of ______
who live(s) at or is/are located at the following address:
______

(Attach a separate page, if necessary, to list additional parties.)

27

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
USA is a Defendant
having offices in Providence, RI

5. Briefly state the background of your case:

See attached

4/8/2008
for Plaintiff
380+ Nos
24 Named
356 described

4/8/08

USDC | USDC

List Defendants With asterisk — 2A-1

(1) Hon. U.S.A. President Hon. George Bush, White House, 1600 Pennsylvania Ave NW, Washington DC 2000 — for failure to safe guard Constitutional law for people

(2) Hon Dick Cheney President U S Senate — do — The Corporation Counsel,

(3) City of NewYork 100 church street, New York, NY 10007. — do

(4) The U S A Govt c/o U S Attorney, c/o U S Court House Washington DC 20001

(5) Lisa Nielson Roy 14 Kiwassa Road #56, Saranac Lake, NY 12983 — do — The State Insurance Fund 15 Computer Drive West, Albany NY 12205 — Must ensure fellow citizen get justice

(6) Harrietstown Housing Authority and Ms Debbie Zerzahn Housing Assistant 14 Kiwassa Road Saranac Lake, NY 12983 — failed to act on complaint — Quasi Govt body failed to act fed rules and civil rights

(7) David Aldrich — Executive Director (8) Citizens Bank Branch at Saranac Lake, NY at Broadway 12983. — do — Civil rights Violations Denial of due process of law & Violated Laws

(9) Notary — Kelli Peterson Manzo Workers Compensation Board, State of New York, 20 Park street, Albany, NY 12207 — do — Misc Law — Notary Public laws

(10) to 16 Workers Compensation law Judges Nos 7 c/o WC Board, NY State, 20 Park St Albany, NY 12207, See attached for name. — Violate law & Due process

(17) Pasternack Popish et all, Attorney's at law Down Town, Brooklyn, NY 11201 — Should state facts re Lisa N Roy in WCB Violations

(18) New York State officer (State Insurance Fund) Ms. Nancy Wood, Attorney 199 Church St, NY, NY 10007 — do

P.T.O — 2 K

for Plaintiffs 98 Nos

Some Defendants listed with asterisk (3) — Some Defendants as 3rd party Defendants — Total 2275 Nos Defendants — USDC ND NY — Others listed with asterisk — Same Defendants 3007 Nos 4807 — 13 F page

12/17/07

1/4/07

USDC/ND CA

12/21/07

1/14/2008

USDC/NDNY

Rev Dr Kamal K Roy for Plaintiffs 4/8/2008

1/14/2008

CA 2/4/08

(13) (13)

USDC/RI Civil
Providence cases

That I KKRoy
Swear under penalty of
perjury that USA
is losing democratic
rights for weaker
people like Dr Rev
Kamal K Roy
a US citizen
by birth &
US Presidential
Candidate Republican
US President,
I was violated

(29)

A US Presidential Republican Candidate
Nov 4, 2008 scheduled Election
The
Rev Dr
Kamal
Kasme K Roy
aKa
and was
Born as
Joseph G Geronimo

USDC (34 + counts)
& Associates & Plaintiffs were
violated
for all Plaintiffs

[illegible]

(1)

U S D Court
Rhode Island District
Providence
RI

Judge
Hon ______

Civil Case No. ______

Civil rights violations
to be elected
as Leader in USA
as US President 2008

(30)

Assoc of Committee
to elect
The Rev
Dr K K Roy
as Republican
US President
2008

Compensation
demanded
Over
1 (one) US
Trillion
$
for
Violation
of
US
Constitutional
rights

K
4/8/08

PTO

Dr K Roy

Civil rights Violation complaints
Jury Trial Demand.
USDC

US District Court ~~W D Texas~~ Texas at PLd PA
Houston ~~Austin~~
515 Rusk St
Houston TX
Judge Hon...
Civil Case No ______

(4)

Title of Action.

US District Court for Northern District of California
450 Golden Gate Ave
San Francisco CA 94102

(Copy)

Original filed on 1/20/08 by mail
See next page

EIN 13-...
(1) Association of Committee to elect Rev Dr Kamal Roy as U.S. Republican President 2008 By KKRoy below
107A Scribner Avenue SI NY 10301
See attached

(2) Kamal K Roy
(1974) MS (MBA) CUNY Maritime College BX, NYC, NY
(PhD, DD, LLB) from foreign Schools; Adv cert in Public Admn (USDA Graduate School Wash DC (1972)
et al (80+ Nos
Plaintiffs

ID#
SS#
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

A US Republican candidate hopeful 2008

Page 1A

1/14/08

(4)

I, Dr Kamal K Roy swear statements under penalty of perjury. I and Assoc have been violated of rights

Vs

(1) Peoples' Association of
EIN 13-...
P.O. B 1173 S/I, NY 12...
See Page (1A) for full name et al
4/8/2008
(2) USA Govt (2B) 4th N Roy See Page
Wash DC
et al 250+ Defendants
GAREY LAHIRA next Pages.
(3) Federal ...

(3)

5World wide published including in New York, U S A , on line from various countries. S.O.S: Weaker US CITIZENS are captive to IMPOSED JUSTICE from rich and powerful, Now is the time law and enforcement officials take more active role s *fighting corruptions at all levels* ***ISSUE "JUNGLE DOMOCRACY....... CAT AND MOUSE DOCTRINE OF OPPRESSIONS OF rich & POWERFUL PEOPLE in the New York state and worldwideTO OPPRESS WEAKER PEOPLE IN sOCIETY." Workers' compensation Insurance Industry violated claimant Geronimo et. el, and a smaller size not for profit tax exempt organisation : HANDICAP INTERESTS INTERNATIONAL WORLD RELIGIONS GROUP, EIN 13-3566610 , over a period of 12 years.U S Enquiry, investigations demanded.***

hide truth of facts In June of 2004 we informed WCB nys, APPEALS OFFICE FOR MISCIRREGULARITY AT DECISION OF THE 3 uDGES PANEL AS FILED ON 4/8/2004. bUT ON REPEATED ENQUIRIES NO DECISION ON OUR mOTION cplr 4404 , NEW EVIDENCES POST APPEAL FOR A NEW DECISION PRAYER AND DEMAND WERE PLACED IN SUSPENDED OR UNKNOWN ANIMATED STAGE.wE NAME wORKERS' cOMPENSATION bOARD AS A 3RD pARTY RWESPONDENT IN THE MATTER OF OPPRESSION,CORRUPTION AND DELIBERATE ACTS OF UNLAWFUL NATURE,INVOLVING REMOVAL OR DISCARDING FILES WITH EVIDENCES, tAMPERING MOTION PAPERS AND LAWFUFULLY WE SHORT_NAMED "jugle democracy(in new york)...CAT AND MOUSE DOCTRINE OF OPPRESSION TO WEAKER CITIZENS BY RICH AND POWERFUL PEOPLE OR SIMILAR NATION IN NEW yORK AND ALL OVER THE WORLD ( A BOOK IN MOBILE NATURE WHICH MAY CHANGE TITLE OF THE BOOK, TEXT ,PRICE , AUTHOR, EDITOR , PUBLISHER,ETC ETC MAY CHANGE BUT NOT THE THEME OR ISSUE REPEAT BUT NOT THE THEME/ISSUE "JUNGLE DOMOCRACY....... CAT AND MOUSE DOCTRINE OF OPPRESSIONS OF POWERFUL PEOPLE TO OPPRESS WEAKER PEOPLE IN sOCIETY

✓3. tHE nEW yORK gOVERNOR mR gEORGE pATAKI, aLBANY, nEW yORK: to be assessed civil or criminal penalty not exceed US $ 1002.00 only

✓ 4 THE nEW yORK TIMES COMPANY, ny ny 1006 AND ELSEWHERE

5 wORKERS cOMPENSATION bOARD, nys, 20 Park Street, ALBANY nEW yORK 12207

✓ 6 TRAVELERS iNSURANCE CO PO bOX 466 aLBANT nEW yORK

7tHE sTATE iNSURANCE fUND, nys ALBANY nEW yORK 15 COMPUTER DRIVE WEST

8 Richard Orindach a SI FUND NYS employee in 1993

9 James Borowski, C P A New Jersy, Auditor Of S I Fund, NYS

10 The District Attorney New YorkCounty, Ny 10013

✓ 11. District Attorney , Rihmonmd county Stuyvesant Place, Staten Island, New York 10301

12 County Clerk , New York County, NY 10007

13 The State Insurance fund, 15 Computer Drive west, Albany, New York 12205

14 The State of New York, Albany C/O NYS ATTORNEY GENERAL, 120 Broadway, New York, NY 10271

15. The City of New York C/o The Corporation Counsel, The City of New York, 100 Church St, New York, NY 10007

16. Chief Executives current & Past since 1993 till 2005 to beassessed US $ 5 millions each for violations

total 20 named as 3rd party respondent to help prosecution of the cases . Most Parties or entities were criminally involved or were engaged in corruptions or allowed bureaucrats to break laws at random and others failed to supervise in their elected

CT AC-14

A Plaintiff

USDC/RI

Some Defendants

USDC/RI

USDC/RI

4/8/08

28 U.S.C. § 1915(e)(2)((B)(i) (providing that a district court "shall" dismiss a complaint when it is "frivolous or malicious"). The test for maliciousness is a subjective one and requires the Court to "determine the . . . good faith of the applicant." *Kinney v. Plymouth Rock Squab Co.*, 236 U.S. 43, 46 (1915); *see Wright v. Newsome*, 795 F.2d 964, 968 n.1 (11th Cir. 1986). A complaint is malicious if it suggests an intent to vex defendants or abuse the judicial process by relitigating claims decided in prior cases. *Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981); *Phillips v. Carey*, 638 F.2d 207, 209 (10th Cir. 1981). A lack of good faith most commonly is found in repetitive suits filed by plaintiffs who have used the advantage of cost-free filing to file a multiplicity of suits. The Court finds that Plaintiff's complaint is malicious inasmuch as it is duplicative of actions that he has unsuccessfully pursued in other jurisdictions.

III. <u>This Dismissal is Without Leave to Amend</u>

The Court is aware of the importance of notifying a pro se litigant of the deficiencies in his or her complaint and affording an opportunity to amend prior to dismissal of the action. *Lucas v. Dep't of Corrections*, 66 F.3d 245, 248 (9th Cir. 1995). Here, however, the Court concludes that amendment should not be permitted because Plaintiff has filed this action in bad faith and amendment would be futile. *See W. Shoshone*

( ) Handicap Interests Int'l Inc EIN 13 3566610 (Asian H.Q 17th floor T space 17 th floor 46 C Chowringhee Rd, Kolkata, India 700001)
( ) 107 Scribner Ave,
Staten Island, New York 10301
( ) U.S ~~Division~~ : HANDICAP INTERESTS INTERNATIONAL (WORLD RELIGIONS GR)
(Religious non profit Tax –Exempt by I.R.S (U.S Dept of Treasury)
address: ~~PO Box 2961 Niagara Falls Main P.O~~

CHARTER OF "HANDICAP INTERESTS INTERNATIONAL"

A charitable society, which was planned earlier in September 1984 and was formed on Sept. 15, 1984, at a meeting held this day Oct 3 1984, in state of New York, at 1063 Halsey street, Brooklyn N.Y. 11207 ( is now adopted in full ). This meeting was attended by Mr. Joseph Geronimo Jr s/o Joseph Geronimo, A native of Guam, USA. The later person is handicapped and is also known as 'ROY' "Karuna N Roy" -- due to later's adoption to a family when he was an orphan; The later's person presided over meeting, while 'Ms Nirban Roy' of 1063 Halsey st Brooklyn, N Y 11207 who attended planning sessions, and she was nominated 'Secretary and the acting Treasurer' of the organization. The third member Mr Paul Bristow who is resident of 1070 Halsey st, Brooklyn, N Y was nominated as 'Executive Member' of the organization. 'Ms Amanda Wilson' of 1063 Halsey st, Apt #2c, Brooklyn, N Y 11207 attended meeting on 9-15-84 and on 10-3-84, along with others including Mr Henry Wilson of Halsey st, 'Mr Johny Williams' of 1063 Halsey st, Brooklyn, N.Y. also attended meetings. A filing was made on Oct 3, 1984 today, with office of New York State Attorney General. Filing of Oct 3, 1984, as in "EXHIBIT " CHARITABLE "which paper was duly sworn by above officers on 10-2-84, as was approved at initial meetings of the organization AGENDA outlined on meetings of Sept 15,84 and 10-3-84.

(1) To explore public welfare, awareness and charitable work in fields of 'HANDICAP INTERESTS' , in society in New York and outside, for all physically and socially handicapped people , other various interests in life, religion and government.

(2) It was decided on meetings ~~now~~ adopted that there should (prefer be atleast three Officers of the association to concur and to perform (Major) work of the Association , above named, except in emergency situation/ conditions, when either the President or Secretaty or The Treasurer shall solely remain authorized to do the needful; but He/She shall inform other Officers at his/her earliest opportunity about emergency action taken and reason thereof records shall be duly maintained.

(3) There shall be one Annual meeting of members and Officers of Association and Office bearers shall be elected or nominated on consent.

(4) American Institute of Management ... and ... Awards ...

(4A) Intl Karuna Awards ...

Handicap Interests ...

... W R Group

Kristi ... a Div ...

(5) (1) People's Association and followers of Human animals' conceived God/s and Religions to ~~redelop~~ redevelop Human elements in Democratic rules Globe wide including USA) Blessings and deficits of GOD/s in turbulent Democracies in failures of Human affairs for co-existence and survival of Human animals.

New DIVISIONS approved as on 6-5-07

(6) (1) Democracy promotion Unit: Assocn of Committ to elect Rev Dr Kamal K & Roy a/k/a Joseph Geronimo Jr etc FEC, Washington DC Regd Sept-27, 200

(✓) Total Affiliates/Divn 117 Nos as of un incorporated Assocn

(✓) EIN 13-356610 Chairperson H.I.-W R Group

Date: 6/5/2007

(✓) Amendment approved as on 6/5/2007 at 6/2 meeting NY.

Treasurer Lisi N Roy 6-5-07

Actg President Rev Dr Kamal K Roy 6/5/07

Mailing Address 1173 Saranac Lake NEW YORK 12983 (Everest Bldg)

107A Scribner Avenue, staten Island, NY 10301

Tax Exempt No & EIN 13-3566610 until 6-5-2007

CERTIFIED As true copy of ORIGINAL archival At U.S Head Quarters at 107A Scribner Ave 10301

USDCNDNY

A Defendant

Rev Dr Kamal K.R Roy for 380+ Nos Plaintiff

May 18/08

Original
Jury Trial
Denied

U S District Court
for RI

Judge
Hon

Civil action
Civil case No

(1) Jurisdiction Federal Question and USA Govt is a Defendant

Title of case
Proposed

AFFIDAVIT

(1) Assoc of Committee to elect Dr Rev KK Roy
9th J.G. ...
US President 2008
as maker of Weather Comments as Candidate by KK Roy
SS# 578

(2) Dr Rev Kamal K Roy MBA (CUNY Maritime College Bronx, NYC 1974), ID No 5 78 80-4399
et al

Address 130 A Sefton Ave, Staten Island NY 10301
Tel 13-3566610

Non-Hostile Defendant

vs

130+ Non Plaintiffs

#1 (1) Jungle Democracy, Cat and Mouse doctrines, oppression etc
(2) Wikipedia Encyclopedia (Wikipedia) Florida USA, St Petersburg & elsewhere
Defendant #2
(3) (B) 1 Peoples Assoc etc see attached
(4) USA Govt Washington DC et al
(5) David W Brooks, 350+ Defendants, A New Hampshire Reporter et al

I, the Rev Dr Kamal KK Roy
a past disabled but mobile, ordained clergy on vow of poverty (IRS rules), A Presidential Candidate as Republican 2008 Election
14 ... Rd NY 12983
do swear under penalty of perjury that all statements are true

Ground: Extreme civil rights violation of Dr Kamal Roy US citizen by ...

against the Rev Dr K Roy & his associations in USA

Jungle Democracy ... Leadership ... Freedom of Speech, Expressions

The Rev Dr Kamal K Roy

USDC/RI
[illegible]
3/14/08

(36)