USDC/RI USDC/ RI Rhode Island

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

Association of Committee to elect The Rev Dr Kamal Karna K Roy a/k/a Joseph Geronimo U.S. President 2008

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

EIN 13-3566610 Non Profit Tax Exempt by IRS

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

(Pro se) By The Rev Dr Kamal K K Roy 107A Scribner Ave, S.I NY 10301

14 Kiwassa Rd #56, Saranac Lake NY 12983

EIN 13-3566610 Non profit Non Tax 439-5588

**DEFENDANTS**

(1) John McCain U.S. Senator & Republican hopeful for President US Senate Washington DC

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(2) US Senate

Attorneys (If Known)

(2) USA Govt Washington DC

(3) People's Association of Human animals' Conceived God of Religions

(4) US House Representative

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Human Pain & Damage due to Loss of Democratic Rights to be Leader ... Voting

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

Violations of US Anti trust Laws with US News as producer of Indus ... Govt US Presidential 2008

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): as noted in above box

Brief description of cause: Democratic Loss of right of Leadership & Electoral Competition due to neglect and Misconduct of Defendants

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

US $ Five Trillions 480 Nos

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)** ☐ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

4/8/2008

Five 2 US $ Rev Dr Kamal K Roy

The Rev Dr Kamal Karna K Roy a/k/a Joseph Geronimo a US territory born clergy to candidate

for Plaintiff 3804 NO

Dr Kamal Roy

Civil Docket Sheet #1

Original

4/8 px

See page 8 for

Kamal K K R 4/8

U S District Court for district of Vermont

original

USDC

Rev Dr Kamal K Roy

U.S. Republican President 2008

Federal

(1) Damages

Title of civil actions

Civil Docket Sheet #1

Association or committee

to elect Dr K Roy U.S. Republican President

et al plaintiffs (47 Nos)

Vs

(1) Defendant Peoples Association Regarding Human Conceived ... and customs made and failing Gods and Globalike democracies and Human or Gods as deterrents to equities in USA

U S A Govt, Washington DC Attorney General et al defendants

(2) US DOJ

Note: #1 defendant ... to a 12/26/07 ... office in above USDC Jurisdiction

Original Civil Complaint

et al 257 Nos total plaintiffs see attached list

Note #... Plaintiff The Rev Rev Dr Kamal K Roy Joseph Jr ... a candidate ... Primary election ... Vermont

Dr Kamal K Roy

for 47 Nos Plaintiffs plus 1. U S citizen 46 U.S. ...

(V) Civil Rights violations by Powerful Peoples

Non Hostile A Defendant 12/28/07

Non Hostile 1/5/2008

Total Defendants 258 Nos

For 47 Plaintiffs

The Reverend Dr Kamal Kasne K Roy a/k/a Dr Joseph Geronimo Jr 12/17/07

A US Presidential Candidate 2008 Republican

1/26/08

1/17/08

12/28/07

That Mr Don Imus Imus was given cruel and Unusual punishment for his comment on air on a radio show ... This was done By CBS Inc et al. Plaintiffs including Dr Kamal K Roy were pained, harmed in spirit, ... damaged ... to ... violation

USDC / RI ... Mr Imus as a nonhostile Defendant

original

4/8/08

1/26/08

Docket Sheet #2

4/8

Rev Kamal K Roy

4/8/08

Rev Dr Kamal K Roy

4/8/08

USDC

In the US District Court / District Court Arizona / ND Ohio

Street address: 107 A Scribner Ave Staten Island NY 10301

to elect Rev Dr Kamal K Roy as President of USA (Republican) in 2008

USA Govt is Defendant, see list

Plaintiff Dr Roy US citizen

See List

Plaintiff List and Defendant List

U.S. Anti-trust Laws Violations

Violation of Civil rights of Dr Kamal K Roy et al

$13 Trillion US $

Rev Dr Kamal K Roy for self & as others

Defendant #1 Associate Editor Granite Geek (Blog News Columns of the Media / New Hampshire NY)

Defendant #6 New York State of Albany

Civil Docket Sheet / USDC Court for District of RI

Rev Dr Kamal K Roy born in Guam (US territory)

Note (1) The Damage was prorated in various US legal jurisdictions as the violations occurred in every jurisdiction.

Violations Noted: Denial of equitable right to be a leader of U.S. as U.S President scheduled in 2008 in USA (Richest & most powerful (so called) democratic Nation under U.N.O.) is like a death punishment with pains, harms & damages worth trillion US $

US Association

Dr Kamal K Roy was born aka Joseph Geronimo Jr in US Guam Territory & Dr Roy is a U.S. born citizen pursuant Act of U.S. 1978 for citizenship of Guam born people

Election competition 2008 as such Dr Kamal Roy became Victim of civil rights violation

of Unincorporated

11/18/2007

Rev Dr Kamal K Roy 3/4/08 for 34 (all) Plaintiffs

US Republican Presidential Hopeful

Docket Sheet #3 USDC / RI

Rev Dr Kamal K Roy 4/8/2008 for 380 Plaintiffs