AO 240 (Rev. 10/03)

Complaint sent by 2 separate cover USPS Priority ... 4/8/2008 Original from Savan Lake Providence NY 12983

USDC/RI ORIGINAL

# UNITED STATES DISTRICT COURT

Northern District of Rhode Island ~~California~~ ~~San Francisco~~

see attached Association of Committee ... To elect The Rev Dr Kamal K Roy as Republican U.S President 2008

Street Address 107 A Scribner Ave Staten Island NY 10301

Plaintiff

V.

#1 People's Association Who believe that Human animals conceived custom made Gods and in fucking Democracy

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

450 ~~Golden Gate Ave, San Francisco CA 94102~~

one Exchange ... By The Rev Kamal K Roy Rowes et al 98 (NOS)

CASE NUMBER: see page 8

#2 USA Govt et al Plaintiffs 14 Kinhas Rd NY

I, Kamal K Roy declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant ☐ other in USA & worldwide etc — Non Hostile (1) USA Govt ... P.O. B 1173 NY 12983 Defendant

EIN 13-3556610

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. for self & other 98 unincorporated Lawful Assn

In support of this application, I answer the following questions under penalty of perjury: see 1st amendment

1. Are you currently incarcerated? ☒ Yes ☒ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration NA — of US Govt. & KRCP

   Are you employed at the institution? NA Do you receive any payment from the institution? ____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. see exhibits

2. Are you currently employed? ☐ Yes ☒ No — part disabled but mobile ordained clergy on vow of Poverty

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   Volunteer mobile clergy Administrator; Activist Gods ... I received SS retirement of $1450 & SSI $468 — $610 per month only

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   See ~~attached~~ Complaints sent on Saturday 1/26/08 from NY. see comment →

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☒ Yes | ☐ No — see above |
| d. | Disability or workers compensation payments | ☒ Yes | ☐ No — see above |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

3A Prayer is made to Court to order postponement of Presidential Election Nov 2008 until ... are & settled 1-9 violations

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Nil

Docket Sheets — PTO page 3 — poor page 1

There are about 350 Defendants for all Plaintiffs 98 N.O. P.O.B 1173 S/L NY 12983 (PTO 2 poor)

1/28/2008

Kamal K K Roy a/k/a & was born as Joseph Geronimo Jr in Guam, a US born citizen pursuant U S Ac 1978

an ordained clergy on a vow of poverty poor under U.S. American Govt poverty guideline

Rev Dr Kamal K K Roy a/k/a JG Jr, US citizen by birth for 381 Plaintiffs 380 unincorporated Assn represented by Plaintiff KKR

Social Security Administration
**Supplemental Security Income**
Important Information

(T)

Date: February 2, 2008
Claim Number: 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 DI

000065062 01 MB 0.360 CMP5,M02,253
125 08S1065B40610

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G
SARANAC LAKE NY 12983-7173

Exh "SSI letter"

Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security Income (SSI) record. The rest of this letter will tell you more about this change.

**Your Payments Will Be As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| March 1, 2008 | Continuing | $534.00 This includes $23.00 from the State of New York. |

**Information About Your SSI Payments**

By withholding $4.20 from the March 2008 payment, we will complete recovery of all overpayments on your account that can be collected through benefit withholding. Therefore, we will send your bank or other financial institution a payment in the amount of $529.80 about the first of the month, and we will send your regular monthly payment of $534.00 beginning April 2008.

**You Can Review The Information in Your Case**

The decisions in this letter are based on the law. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Any Questions."

See Next Page

**Adk Internal Med & Peds**
2249 State Route 86, Suite 3 Saranac Lake, NY, 12983
Tel: 518-891-3845 Fax: 518-891-1236

David G. Welch, MD.
Physical Medicine and Rehabilitation

**Patient:** Roy, Kamal
**DOB:** 03/31/1934 **Sex:** Male **Phone:** 518-891-5466
**Address:** 14 Kiwassa Road Apt 5G, Saranac Lake, NY 12983

01/07/2008

(5)

**Primary Insurance Name:** MEDICARE / BS WESTERN NY
**Insurance Address:** Po Box 5207 , Binghamton , NY , 13902

**Labs:**

ALT (SGPT)
Assessment(s):
342.82, Hemiplegia, other, affecting nondominant side

AST (SGOT)
Assessment(s):
342.82, Hemiplegia, other, affecting nondominant side

Ex Medical Kamal

**Diagnostic Imaging:**

**Comments:** On Baclofen to control spasticity, rule out liver toxicity.

USDC/ND 2 ex

USDC/RI

Ex "Medical Kamal"

(5)

USDC/RI