UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASSOCIATION OF COMMITTEE TO ELECT THE REV. DR. KAMAL KARNA ROY, Plaintiff, | : | |
| v. | : | CA 08-135 T |
| JOHN MCCAIN, U.S. SENATOR, ET AL., Defendants. | : | |

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED IN FORMA PAUPERIS**

Before the Court is the Application to Proceed without Prepayment of Fees and Affidavit ("Application") of Plaintiff Association of Committee to Elect the Rev. Dr. Kamal Karna Roy ("Plaintiff"). The Application, the Complaint, and the Civil Cover Sheet are covered with handwritten notations which are difficult to decipher and/or understand. Plaintiff's Complaint is a jumble of documents, many of which are covered with similar handwritten notations. The net result is that Plaintiff's filing is incomprehensible. Accordingly, Plaintiff's Application is denied without prejudice.

Plaintiff is directed to file by May 16, 2008, a new Application, a new Civil Cover Sheet, and an Amended Complaint. These documents shall be completed in a legible fashion, and the Amended Complaint shall comply with Rule 8(a) of the Federal Rules of Civil Procedure.[1] If Plaintiff fails to comply with

---

[1] Federal Rule of Civil Procedure 8(a) states:

> (a) Claim for Relief. A pleading that states a claim for relief must contain:
>
> > (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has

this order, this Magistrate Judge will issue a Report and Recommendation, recommending that Plaintiff's Application be denied and that his Complaint be dismissed.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 17, 2008

---

> jurisdiction and the claim needs no new jurisdictional support;
>
> (2) **a short and plain statement of the claim showing that the pleader is entitled to relief**; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a) (bold added).