UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ASSOCIATION OF COMMITTEE
TO ELECT THE REV. DR.
KAMAL KARNA ROY

v. CA No. 08-135

JOHN MCCAIN, U.S. SENATOR,
ET AL.

**ORDER OF DISMISSAL**

Based on the recommendation of Magistrate Judge Martin dated May 23, 2008, this case is hereby dismissed.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: June 15 , 2008